

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-12-00358-CV

George T. **CHANEY** and Medina County,
Appellants

v.

Simon **CAMACHO** and Felipe **CAMACHO,**
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 11-03-20524-CV
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

The court has considered Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court